**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0762

Christian Schools, Inc. d/b/a John Curtis Christian School

- - Versus - -

Louisiana High School Athletic Association; Eddie Bonine and B.J. Guzzardo, Jr.

19th Judicial District Court
Case #: 654874
East Baton Rouge Parish

On Application for Rehearing filed on 03/04/2021 by Christian Schools, Inc., et al

Rehearing _____ DENY _____

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

_____
Chris Hester

Date **APR 1 6 2021**

_____
Rodd Naquin, Clerk